```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 19709
  RACHAEL E MATLOB
                                                CHAPTER 13

                                                JUDGE: A. BENJAMIN GOLDGAR

       Debtor
  SSN XXX-XX-9795


-------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 07/30/08 .

   2.  The case was dismissed without confirmation, 09/12/2008.

-------------------------------------------------------------------------------
CREDITOR NAME              CLASS        CLAIM AMOUNT       INTEREST      PRINCIPAL
                                                             PAID           PAID
-------------------------------------------------------------------------------
CAPITAL ONE AUTO FINANCE  SECURED VEHIC        .00             .00            .00
       Summary of disbursements:
-------------------------------------------------------------------------------
                  SECURED      PRIORITY    UNSECURED       OTHER         TOTAL
-------------------------------------------------------------------------------
TOTAL CLMS ALLOWED    .00          .00          .00          .00           .00
PRINCIPAL PAID        .00          .00          .00          .00           .00
INTEREST PAID         .00          .00          .00          .00           .00
TOTAL PAID            .00          .00          .00          .00           .00
The Debtor's attorney, PAUL R IDLAS                  , was allowed $   3500.00
and was paid $    877.00   direct and $      .00   through the plan.

The Trustee received $       .00 .

Refunds to the Debtor totaled $       .00 .




  Dated: 01/21/09                    /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
    CASE NO. 08 B 19709 RACHAEL E MATLOB
```